**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**Case No.: 10-cv-02126-JSM-EAJ**

MRI ASSOCIATES OF ST. PETE, INC.,
d/b/a SAINT PETE MRI, as assignee,
individually, and on behalf of all those
similarly situated,

 Plaintiff,

vs.

INTEGON INDEMNITY
CORPORATION, INTEGON
INSURANCE COMPANY, and GMAC
INSURANCE COMPANY ONLINE,
INC.,

 Defendants.
_____/

**ORDER GRANTING JOINT MOTION TO STAY
AND TO EXTEND THE TIME FOR BRIEFING SCHEDULE**

 This matter came before the Court on the parties' Joint Motion to Stay and to Extend the Time for Briefing Schedule (Dkt. #4), filed October 5, 2010. The Court has reviewed the motion, the record, and is otherwise duly advised in the premises. Being so advised, the Court finds that the motion should be GRANTED and adopts the following pre-trial and briefing schedule:

1. All deadlines, including those arising out of the Local Rules and Federal Rules of Civil Procedure, and proceedings in this case are stayed pending a final decision by the U.S. Court of Appeals for the Eleventh Circuit in *Cappuccitti v. DirecTV, Inc.*, 611 F.3d 1252 (11th Cir. 2010).

2. The parties shall jointly notify the Court of the Eleventh Circuit's decision in *Cappuccitti* within five (5) days of its issuance.

3. The Plaintiff's motion to remand shall be filed within thirty (30) days of the parties' joint notice to the Court regarding the *Cappuccitti* decision.

4. The Defendants' response to the motion to remand shall be filed within twenty (20) days after service of the motion to remand.

5. If the Court denies the motion to remand, the Defendants' response to the Plaintiff's complaint shall be due within twenty (20) days of the entry of the Court's Order on the motion to remand, and all pre-trial deadlines will run from the date of entry of the Court's Order on the motion to remand.

**DONE** and **ORDERED** in Tampa, Florida on October 7, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-2126.stay 4.wpd