UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MRI ASSOCIATES OF ST. PETE, INC.,**
d/b/a SAINT PETE MRI, as assignee,
individually, and on behalf
of all those similarly situated,

    Plaintiff(s),

v.                                     CASE NO:  8:10-CV-2126-T-30EAJ

**INTEGON INDEMNITY CORPORATION,**
et al.,

    Defendant(s).
_____/

### ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #14).   In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-2126.dismiss 14.wpd*